UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 98-630-CR-GRAHAM



UNITED STATES OF AMERICA,

v.

JUAN ERNESTO ARMAS,

    Defendant.
_____/

## ORDER ON NUNC
## PRO TUNC DESIGNATION

    This cause having come before the Court pursuant to a letter dated November 1, 2004, from the Federal Bureau of Prisons regarding the nunc pro tunc designation of defendant, Juan Ersnesto Armas, by the Federal Bureau of Prisons, and the Court having considered the government's response and being otherwise fully advised in the premises, it is hereby

    **ORDERED AND ADJUDGED** that the defendant's previously imposed 188 months' term of imprisonment in the above-referenced case should commence nunc pro tunc from April 17, 1999, the date ordered by the circuit court of the Seventeenth Judicial Circuit in case number 98-18177. The Court finds that it is appropriate that the federal sentence in the above-referenced case be made to commence on the date set forth above inasmuch as the above-referenced case and the state court case number 98-18177 grew out of the same facts and circumstances, and that the state court judge

indicated that the five-year sentence imposed in the state case be concurrent and coterminous with the one imposed in the federal case.

**DONE AND ORDERED** in Miami-Dade County, Florida, this 29th day of December 2004.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: AUSA Lois Foster-Steers
     John Gaither, Bureau of Prisons